# Davis Polk

New York          Paris
Northern California   Madrid
Washington DC     Hong Kong
São Paulo          Beijing
London             Tokyo

**Sofia A. Vitiello**

Davis Polk & Wardwell LLP    212 450 3055 tel
450 Lexington Avenue          sofia.vitiello@davispolk.com
New York, NY 10017

November 27, 2019

Re:   *Sean Baker v. Paul Piccolo, Superintendent*, 1:18-cv-00478-ER-SDA

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

We write on behalf of Sean Baker, Petitioner in the above-captioned action. On November 25, 2019, Magistrate Judge Aaron issued a Report and Recommendation to the Court. (ECF 26.) Pursuant 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have until December 9, 2019 to file written objections to the Report and Recommendation.

Given the amount of work involved and counsel's upcoming schedule, Petitioner respectfully requests an extension until December 20, 2019 to file written objections. This is Petitioner's first request for an extension. Counsel for Respondent, Assistant District Attorney Lori Ann Farrington, has consented to this request.

Thank you for your consideration in this matter.

Sincerely,

Sofia A. Vitiello

Cc:   Lori Ann Farrington, Esq. (via email and ECF)
      Rosemary Herbert, Esq. (via email)