UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN BAKER,

                Petitioner,

– against –

JAMES CONWAY,

                Respondent.

**ORDER**

18 Civ. 478 (ER) (SDA)

RAMOS, D.J.:

       Magistrate Judge Stewart D. Aaron issued a Report and Recommendation in this matter on February 6, 2019.  Doc. 26.  Petitioner Baker filed objections to the Report and Recommendation on December 20, 2019.  Doc. 29.  As of this date, Respondent Conway has not submitted a response.  Respondent Conway is directed to submit a response by March 22, 2022.  Failure to do so will result in the Court deeming the objections unopposed.

       SO ORDERED.

Dated:  February 22, 2022
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.