**Davis Polk**

Daniel S, Magy
+1 212 450 3025
daniel.magy@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

April 11, 2022

Re: *Baker v. Conway, Superintendent*, 1:18-cv-00478-ER-SDA

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

Davis Polk & Wardwell LLP represents Petitioner Sean Baker in the above-referenced action. As of April 12, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk attorney Amelia T.R. Starr will continue to represent Petitioner in this action.

Respectfully submitted,

*/s/Daniel S. Magy*

Daniel S. Magy

cc:  All Counsel of Record (via ECF)